**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Danniklor Enterprises LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA Bikes Palm Beach |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 92-2375668 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 1456 Cades Bay Avenue #5026 Jupiter, FL 33458 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Palm Beach | **Location of principal assets, if different from principal place of business** |
| | | County | 13975 US - 1 Juno Beach, FL 33408 |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.BikesPalmBeach.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    Danniklor Enterprises LLC

Case number (*if known*) _____

Name

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____4511____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Debtor    Danniklor Enterprises LLC                                      Case number (if known) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Danniklor Enterprises LLC                                        Case number (if known) _____
        Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 8, 2025
              MM / DD / YYYY

**X** /s/ Brian LaGrua                                        Brian LaGrua
Signature of authorized representative of debtor              Printed name

Title   Manager

**18. Signature of attorney**

**X** /s/ Robert C Furr                          Date   May 8, 2025
Signature of attorney for debtor                        MM / DD / YYYY

Robert C Furr
Printed name

Furr & Cohen
Firm name

2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   rfurr@furrcohen.com

210854 FL
Bar number and State

**Fill in this information to identify the case:**

Debtor name     Danniklor Enterprises LLC

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration     _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     May 8, 2025          **X** /s/ Brian LaGrua
                                     Signature of individual signing on behalf of debtor

                                     Brian LaGrua
                                     Printed name

                                     Manager
                                     Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    Danniklor Enterprises LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 6031 Carol Stream, IL 60197 | | Credit Card | | | | $107,500.37 |
| American Express National Bank P.O. Box 6031 Carol Stream, IL 60197 | | Business Line of Credit | | | | $100,821.52 |
| George Robb c/o Atherton Galardi, Mullen, and Reeder PLLC 1641 Worthington Rd., Suite 100 West Palm Beach, FL 33409 | | Lawsuit | Disputed | | | $0.00 |
| Linda Neary c/o Atherton Galardi, Mullen, and Reeder PLLC 1641 Worthington Rd., Suite 100 West Palm Beach, FL 33409 | | Lawsuit | Disputed | | | $0.00 |
| Look Cycle USA 3215 Lakewood Ranch Blvd., Ste 108 Bradenton, FL 34211 | | Bicycle Vendor | | | | $8,171.97 |

Debtor  Danniklor Enterprises LLC
Name                                                                          Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Running Sports, Inc. c/o Atherton Galardi, Mullen, and Reeder PLLC 1641 Worthington Rd., Suite 100<br><br>West Palm Beach, FL 33409 | | Lawsuit | Disputed | | | $0.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Danniklor Enterprises LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*.............................................................................................    $      0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*..........................................................................................    $      119,176.39

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................................    $      119,176.39

| Part 2: | Summary of Liabilities |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $      1,767,917.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $      0.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................    +$      216,493.86

4. **Total liabilities** .........................................................................................................................
Lines 2 + 3a + 3b      $      1,984,410.86

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____Danniklor Enterprises LLC_____

United States Bankruptcy Court for the: _____SOUTHERN DISTRICT OF FLORIDA_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $500.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Seacoast Bank (Balance as of May 8, 2025) | Business Checking | 9760 | $7,226.09 |
| 3.2. | Seacoast Bank (Balance as of May 8, 2025) | Business Checking | 1460 | $0.00 |
| 3.3. | Seacoast Bank (Balance as of May 8, 2025) | Business Checking | 7260 | $0.30 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $7,726.39 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Debtor    Danniklor Enterprises LLC
            _____          Case number *(if known)* _____
            Name

|   | Security Deposit for leased premises located at 1391 St. Lucie West Blvd Port St. Lucie, | |
|---|---|---|
| 7.1. | Florida 34986 | $10,000.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                      $10,000.00

      Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** New Bicycle Inventory; Parts Inventory; Shoes and Sneakers; Accessories; Apparel; and Miscellaneous Inventory. | April 23, 2025 | $0.00 | Appraisal | $97,250.00 |

23. **Total of Part 5.**                                                                        $97,250.00

      Add lines 19 through 22.   Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
      ☒ No
      ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☒ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☐ No
      ☒ Yes

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor    Danniklor Enterprises LLC                               Case number *(If known)*  _____
           Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office: (3) Office Chairs; (3) 2 Drawer Filing Cabinets Show Room: Assorted Merchandise Displays/Racks; Assorted Merchandise Shelving; Assorted Bicycle Displays and Racking; Leather Sofa; (2) Leather Benches; Assorted Heavy Duty Metal Storage Shelving Back Office: (3) Office Chairs | $0.00 | Appraisal | $1,690.00 |
| 40. **Office fixtures** Customer Service Area: Sales/Work Counters | $0.00 | Appraisal | $150.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Brother Printer; Fellows Paper Shredder; Assorted Computers and Software; (2) Desktop Computers; Security Cameras and Monitor. | $0.00 | Appraisal | $650.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.                    | $2,490.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

Debtor      Danniklor Enterprises LLC
            _____              Case number *(If known)* _____
            Name

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.    Internet domain names and websites** www.BikesPalmBeach.com | $0.00 | | Unknown |
| **62.    Licenses, franchises, and royalties** | | | |
| **63.    Customer lists, mailing lists, or other compilations** Customer List with Name, Email Addresses and Customer Addresses. | $0.00 | | Unknown |
| **64.    Other intangibles, or intellectual property** | | | |
| **65.    Goodwill** | | | |

| | |
|---|---|
| **66.    Total of Part 10.** | $0.00 |
| Add lines 60 through 65. Copy the total to line 89. | |

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.    Notes receivable** Description (include name of obligor) | |
| **72.    Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **73.    Interests in insurance policies or annuities** | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    Danniklor Enterprises LLC_____    Case number *(If known)*_____
          Name

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
Small Safe; Flatscreen Television; NordicTrack Tread Mill;
(3) Tool Chests and Contents; Assorted Hand tools; Air
Compressor; Bench Grinder; Assorted Cordless Power
Tools; Assorted Parts Storage Bins; (2) Digital Ultrasonic
Cleaners; Firestorm Chop Saw; Folding Worktable; Work
benches and storage units; (2) Technician Stools; (2)
Bicycle Repair Stands _____               _____ $1,710.00

---

78.     **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.          | $1,710.00 |

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☐ No
     ☒ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor  Danniklor Enterprises LLC
_____
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,726.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $97,250.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,490.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,710.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $119,176.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $119,176.39 |

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 6

**Fill in this information to identify the case:**

Debtor name _____Danniklor Enterprises LLC_____

United States Bankruptcy Court for the: _____SOUTHERN DISTRICT OF FLORIDA_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim — Do not deduct the value of collateral. | Column B — Value of collateral that supports this claim |
|---|---|---|

**2.1  Dogwood Bank**
Creditor's Name
10130 Mallard Creek Rd.
Bldg 2, Ste 232
Charlotte, NC 28262
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
March 31, 2023
**Last 4 digits of account number**
9101
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets of the Debtor

**Describe the lien**
SBA Loan and UCC on all assets of the Debtor
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $1,733,367.00        Column B: $119,176.39

---

**2.2  Giant Bicycle, Inc.**
Creditor's Name

3587 Old Conejo Road
Newbury Park, CA 91320
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
July 27, 2023
**Last 4 digits of account number**
5408
**Do multiple creditors have an interest in the same property?**
☒ No

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

Column A: $34,550.00        Column B: $119,176.39

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Danniklor Enterprises LLC
          _____          Case number (if known) _____
          Name

including this creditor and its relative    ☐ Unliquidated
priority.                                   ☒ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,767,917.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Commercial Collection Solutions, Inc.<br>P.O. Box 4156<br>Seal Beach, CA 90740 | Line  2.2 | 2610 |
| Executive Office for US Attorney<br>950 Pennsylvania Avenue, NW<br>Room 2242<br>Washington, DC 20530 | Line  2.1 | |
| Office of Inspector General<br>409 3rd Street, SW, Suite 7150<br>Washington, DC 20416 | Line  2.1 | |
| Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399 | Line  2.1 | |
| Region IV Regional Office<br>SBA Regional Office<br>233 Peachtree Street, NE, Suite 200<br><br>Atlanta, GA 30303 | Line  2.1 | |
| SBA South Florida District<br>51 SW 1st Ave., Suite 201<br>Miami, FL 33130 | Line  2.1 | |
| U.S Attorney?s Office<br>500 S. Australian Ave, Ste 400<br><br>West Palm Beach, FL 33401 | Line  2.1 | |
| U.S. Department of Justice<br>Merrick B. Garland, Attorney General<br>Office of Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | Line  2.1 | |
| US Small Business Administration<br>Office of General Counsel<br>409 3rd St., SW<br><br>Washington, DC 20416 | Line  2.1 | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  Danniklor Enterprises LLC

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
Florida Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $0.00   Priority amount $0.00

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** | Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $0.00   Priority amount $0.00

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.3** | Priority creditor's name and mailing address
Palm Beach County Tax Collector
Attn: Honorable Anne M. Gannon, CFC
P.O. Box 3715
West Palm Beach, FL 33402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $0.00   Priority amount $0.00

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

Debtor　Danniklor Enterprises LLC　　　　　　　　　　　　Case number (if known)　_____
　　　　　Name

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>American Express<br>P.O. Box 6031<br>Carol Stream, IL 60197 | $107,500.37 |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** June 2023
**Last 4 digits of account number** 1006

**Basis for the claim:** Credit Card
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address**<br>American Express National Bank<br>P.O. Box 6031<br>Carol Stream, IL 60197 | $100,821.52 |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** September 2024
**Last 4 digits of account number** 4598

**Basis for the claim:** Business Line of Credit
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address**<br>George Robb<br>c/o Atherton Galardi, Mullen, and Reeder PLLC<br>1641 Worthington Rd., Suite 100<br><br>West Palm Beach, FL 33409 | Unknown |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** September 10, 2024
**Last 4 digits of account number** _

**Basis for the claim:** Lawsuit
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Linda Neary<br>c/o Atherton Galardi, Mullen, and Reeder PLLC<br>1641 Worthington Rd., Suite 100<br><br>West Palm Beach, FL 33409 | Unknown |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** September 10, 2024
**Last 4 digits of account number** _

**Basis for the claim:** Lawsuit
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Look Cycle USA<br>3215 Lakewood Ranch Blvd., Ste 108<br>Bradenton, FL 34211 | $8,171.97 |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** May 5, 2025
**Last 4 digits of account number** 5408

**Basis for the claim:** Bicycle Vendor
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address**<br>Running Sports, Inc.<br>c/o Atherton Galardi, Mullen, and Reeder PLLC<br>1641 Worthington Rd., Suite 100<br><br>West Palm Beach, FL 33409 | Unknown |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** September 10, 2024
**Last 4 digits of account number** _

**Basis for the claim:** Lawsuit
Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**　**List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | Danniklor Enterprises LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Express<br>200 Vesey Street<br>New York, NY 10285 | Line __3.1__<br>☐ Not listed. Explain ____ | _ |
| 4.2 | American Express<br>200 Vesey Street<br>New York, NY 10285 | Line __3.2__<br>☐ Not listed. Explain ____ | _ |
| 4.3 | American Express Business Line of Credit<br>P.O. Box 30009<br>Salt Lake City, UT 84130 | Line __3.2__<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | Line __2.1__<br>☐ Not listed. Explain ____ | _ |
| 4.5 | U.S. Attorney General<br>950 Pennsylvania Ave, NW<br>Room 4400<br>Washington, DC 20530 | Line __2.2__<br>☐ Not listed. Explain ____ | _ |
| 4.6 | U.S. Attorney's Office<br>500 S. Australian Ave, Ste 400<br>West Palm Beach, FL 33401 | Line __2.2__<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 216,493.86 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 216,493.86 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Danniklor Enterprises LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Lease agreement for property located at 13971, 13973 and 13975 US Highway One, Juno Beach, Florida | |
| State the term remaining — 5 years commencing on the Effective Date and ending on the 31st day of May 2028 | |
| List the contract number of any government contract | Juno Square LLP<br>3920 RCA Blvd, Suite 2002<br>Palm Beach Gardens, FL 33410 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement to lease property located at 1880 Holman Drive, North Palm Beach, FL 33408. | |
| State the term remaining — Lease ending on May 31, 2026 | |
| List the contract number of any government contract | Linda Neary and George Robb<br>1914 Juno Landing Lane<br>North Palm Beach, FL 33408 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Consignment Agreement. There are a number of eagle bicycles that are on consignment with the Debtor that have been surrendered to Running Sport. | |
| State the term remaining — 3 years commencing on April 14, 2023 | |
| List the contract number of any government contract | Running Sports, Inc.<br>13975 U.S Highway 1<br>North Palm Beach, FL 33408 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name       Danniklor Enterprises LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Brian LaGrua | 1456 Cades Bay Avenue 5026 Jupiter, FL 33458 | Giant Bicycle, Inc. | ☒ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Brian LaGrua | 1456 Cades Bay Avenue 5026 Jupiter, FL 33458 | Dogwood Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Brian LaGrua | 1456 Cades Bay Avenue 5026 Jupiter, FL 33458 | American Express National Bank | ☐ D _____ ☒ E/F ___3.2___ ☐ G _____ |
| 2.4 | Brian LaGrua | 1456 Cades Bay Avenue 5026 Jupiter, FL 33458 | Running Sports, Inc. | ☐ D _____ ☒ E/F ___3.6___ ☐ G _____ |
| 2.5 | Brian LaGrua | 1456 Cades Bay Avenue 5026 Jupiter, FL 33458 | Linda Neary | ☐ D _____ ☒ E/F ___3.4___ ☐ G _____ |
| 2.6 | Brian LaGrua | 1456 Cades Bay Avenue 5026 Jupiter, FL 33458 | George Robb | ☐ D _____ ☒ E/F ___3.3___ ☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Danniklor Enterprises LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br><br>☐ Other | $868,887.00 |
   | For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other | $1,972,954.00 |
   | For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other | $1,232,129.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    Danniklor Enterprises LLC _____          Case number *(if known)* _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Dogwood Bank<br>10130 Mallard Creek Rd. Bldg 2, Ste 232<br>Charlotte, NC 2826 | April 10, 2025 | $26,355.45 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | Dogwood Bank<br>10130 Mallard Creek Rd. Bldg 2, Ste 232<br>Charlotte, NC 2826 | March 10,<br>2025 | $26,355.45 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Dogwood Bank<br>10130 Mallard Creek Rd. Bldg 2, Ste 232<br>Charlotte, NC 2826 | February 10,<br>2025 | $26,355.45 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | American Express Blueprint<br>P.O. Box 30009<br>Salt Lake City, UT 84130 | March 24,<br>2025 | $6,255.56 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | American Express Blueprint<br>P.O. Box 30009<br>Salt Lake City, UT 84130 | February 21,<br>2025 | $6,255.56 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | American Express Blueprint<br>P.O. Box 30009<br>Salt Lake City, UT 84130 | January 21,<br>2025 | $6,255.56 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | Pinarello USA<br>215 S Highway 101, Suite 201<br>Solana Beach, CA 92075 | April 4, 2025 | $10,744.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | Pinarello USA<br>215 S Highway 101, Suite 201<br>Solana Beach, CA 92075 | March 27,<br>2025 | $107.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. | Pinarello USA<br>215 S Highway 101, Suite 201<br>Solana Beach, CA 92075 | March 19,<br>2025 | $3,743.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Danniklor Enterprises LLC

Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. Pinarello USA<br>215 S Highway 101, Suite 201<br>Solana Beach, CA 92075 | February 25, 2025 | $31,060.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. Cervelo<br>11 Columbia<br>Aliso Viejo, CA 92656 | April 1, 2025 | $28,389.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. Cervelo<br>11 Columbia<br>Aliso Viejo, CA 92656 | March 19, 2025 | $3,675.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. Trek Bicycle<br>801 West Madison Street<br>Waterloo, WI 53594 | April 18, 2025 | $41,487.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. Trek Bicycle<br>801 West Madison Street<br>Waterloo, WI 53594 | April 15, 2025 | $64,347.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. Trek Bicycle<br>801 West Madison Street<br>Waterloo, WI 53594 | April 7, 2025 | $41,365.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. Trek Bicycle<br>801 West Madison Street<br>Waterloo, WI 53594 | April 3, 2025 | $1,585.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. Trek Bicycle<br>801 West Madison Street<br>Waterloo, WI 53594 | March 24, 2025 | $19,518.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. Trek Bicycle<br>801 West Madison Street<br>Waterloo, WI 53594 | February 25, 202 | $19,849.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    Danniklor Enterprises LLC                 Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.19. | Quality Bicycle Products<br>6400 West 105th Street<br>Minneapolis, MN 55438 | April 14, 2025 | $10,775.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | Quality Bicycle Products<br>6400 West 105th Street<br>Minneapolis, MN 55438 | March 25, 2025 | $6,279.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | Quality Bicycle Products<br>6400 West 105th Street<br>Minneapolis, MN 55438 | February 19, 2025 | $4,371.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | Quality Bicycle Products<br>6400 West 105th Street<br>Minneapolis, MN 55438 | January 8, 2025 | $8,508.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. | J & B Importers<br>11925 SW 128th Street<br>Miami, FL 33186 | April 14, 2025 | $5,776.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. | J & B Importers<br>11925 SW 128th Street<br>Miami, FL 33186 | March 24, 2025 | $6,290.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. | J & B Importers<br>11925 SW 128th Street<br>Miami, FL 33186 | February 19, 2025 | $5,598.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. | J & B Importers<br>11925 SW 128th Street<br>Miami, FL 33186 | January 14, 2025 | $7,271.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. | Trek Bicycle<br>801 West Madison Street<br>Waterloo, WI 53594 | April 29, 2025 | $35,733.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    Danniklor Enterprises LLC                                           Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.28. | Trek Bicycle<br>801 West Madison Street<br>Waterloo, WI 53594 | April 30, 2025 | $20,974.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. | J & B Importers<br>11925 SW 128th Street<br>Miami, FL 33186 | May 6, 2025 | $9,599.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. | Quality Bicycle Products<br>6400 West 105th Street<br>Minneapolis, MN 55438 | May 6, 2025 | $6,111.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None.

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None.

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1. RUNNING SPORTS INC V DANNIKLOR ENTERPRISES LLC<br>50-2024-CA-008613-XXXA-MB | Breach of Contract | 15th Judicial Circuit Court<br>205 N Dixie Hwy<br>West Palm Beach, FL 33401 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   Danniklor Enterprises LLC _____   Case number *(if known)* _____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Furr and Cohen, P.A. 2255 Glades Road, Suite 419A Boca Raton, FL 33431 | | March 28, 2025 | $50,000.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    Danniklor Enterprises LLC _____    Case number *(if known)* _____

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | W B Events, LLC 1095 Military Trail, Unit 9204 Jupiter, FL 33468 | The right to own, organize and produce the Event under Turtleman Triathlon trade name | April 11, 2025 | $90,000.00 |
| | **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Names, addresses, and phone numbers _____

Does the debtor have a privacy policy about that information?
☒ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    Danniklor Enterprises LLC _____    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Seacoast National Bank 50 Northeast Fifth Avenue Delray Beach, FL 33483 | XXXX-0300 | ☐ Checking ☐ Savings ☒ Money Market ☐ Brokerage ☐ Other___ | November 25, 2024 | $2.95 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Danniklor Enterprises LLC _____    Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Janet Goodin 13975 US- 1 North Palm Beach, FL 33408 | June 1, 2023 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Robert Manela 700 W. Hillsboro Blvd #204 Deerfield Beach, FL 33441 | June 1, 2023 to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor    Danniklor Enterprises LLC _____    Case number *(if known)* _____

| Name and address | |
|---|---|
| 26d.1. | Dogwood Bank<br>10130 Mallard Creek Rd. Bldg 2, Ste 232<br>Charlotte, NC 2826 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Tommy Allore | January 3, 2024 | $1,066,577 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Bikes Palm Beach<br>13975 US-1<br>Juno Beach, FL 33408 |

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | Tommy Allore | April 22, 2025 | $198,941 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Bikes Palm Beach<br>13975 US-1<br>Juno Beach, FL 33408 |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian LaGrua | 1456 Cades Bay Avenue 5026<br>Jupiter, FL 33458 | Manager | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Danniklor Enterprises LLC _____    Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _May 8, 2025_____

/s/ Brian LaGrua _____    Brian LaGrua _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    _Manager_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re  Danniklor Enterprises LLC

                      Debtor(s)

Case No. _____

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brian LaGrua<br>1456 Cades Bay Avenue 5026<br>Jupiter, FL 33458 | | 100% | Manager |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  May 8, 2025

Signature  /s/ Brian LaGrua

                      Brian LaGrua

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re   Danniklor Enterprises LLC                               Case No. _____

                                      Debtor(s)         Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    May 8, 2025                            /s/ Brian LaGrua

                                           Brian LaGrua/Manager
                                           Signer/Title

American Express
200 Vesey Street
New York, NY 10285


American Express
P.O. Box 6031
Carol Stream, IL 60197


American Express Business Line of Credit
P.O. Box 30009
Salt Lake City, UT 84130


American Express National Bank
P.O. Box 6031
Carol Stream, IL 60197


Brian LaGrua
1456 Cades Bay Avenue 5026
Jupiter, FL 33458


Commercial Collection Solutions, Inc.
P.O. Box 4156
Seal Beach, CA 90740


Dogwood Bank
10130 Mallard Creek Rd. Bldg 2, Ste 232
Charlotte, NC 28262


Executive Office for US Attorney
950 Pennsylvania Avenue, NW
Room 2242
Washington, DC 20530


Florida Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


George Robb
c/o Atherton Galardi, Mullen, and Reeder
1641 Worthington Rd., Suite 100
West Palm Beach, FL 33409


Giant Bicycle, Inc.
3587 Old Conejo Road
Newbury Park, CA 91320


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Juno Square LLP
3920 RCA Blvd, Suite 2002
Palm Beach Gardens, FL 33410


Linda Neary
c/o Atherton Galardi, Mullen, and Reeder
1641 Worthington Rd., Suite 100
West Palm Beach, FL 33409


Linda Neary and George Robb
1914 Juno Landing Lane
North Palm Beach, FL 33408


Look Cycle USA
3215 Lakewood Ranch Blvd., Ste 108
Bradenton, FL 34211


Office of Inspector General
409 3rd Street, SW, Suite 7150
Washington, DC 20416


Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL 32399


Palm Beach County Tax Collector
Attn: Honorable Anne M. Gannon, CFC
P.O. Box 3715
West Palm Beach, FL 33402


Region IV Regional Office
SBA Regional Office
233 Peachtree Street, NE, Suite 200
Atlanta, GA 30303


Running Sports, Inc.
c/o Atherton Galardi, Mullen, and Reeder
1641 Worthington Rd., Suite 100
West Palm Beach, FL 33409


Running Sports, Inc.
13975 U.S Highway 1
North Palm Beach, FL 33408


SBA South Florida District
51 SW 1st Ave., Suite 201
Miami, FL 33130


U.S Attorney's Office
500 S. Australian Ave, Ste 400
West Palm Beach, FL 33401


U.S. Attorney General
950 Pennsylvania Ave, NW
Room 4400
Washington, DC 20530

U.S. Attorney's Office
500 S. Australian Ave, Ste 400
West Palm Beach, FL 33401


U.S. Department of Justice
Merrick B. Garland, Attorney General
Office of Attorney General 950 Pennsylva
Washington, DC 20530


US Small Business Administration
Office of General Counsel
409 3rd St., SW
Washington, DC 20416